**William CREEK, Appellant,**

v.

**UTILICORP UNITED, INC., and Treasurer of the State of Missouri–Custodian of the Second Injury Fund, Respondents.**

**No. WD 74102.**

Missouri Court of Appeals,
Western District.

Sept. 4, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2012.

Paul Frederick Reichert, Springfield, MO, for Appellant.

Melodie Annee Powell, Kanas City, MO, for Respondent Utilicorp United, Inc.

Cara Lee Harris, Springfield, MO, for Respondent Treasurer of the State of Missouri.

Division Three: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

**ORDER**

PER CURIAM.

William Creek appeals the decision of the Labor and Industrial Relations Commission denying his claim for permanent total disability benefits, his claim against the Second Injury Fund, and his claim for future medical benefits. The judgment of the Commission is affirmed. Rule 84.16(b).